| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ezra, David A | U.S. District Court, Hawaii | 04/20/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 Ala Moana Blvd. C-300 Honolulu, Hawaii 96850 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. 1. Member Board of Trustees | St. Louis School (see explanation) |
| 2. 2.Adjunct Professor | University of Hawaii Law School (see explanation) |
| 3. 3.Board | Federal Judges Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 8 AM 11:48 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Univ. of Hawaii Law School, Adjunct Professor Teaching Income same as that of other Adjunct Professors | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ███████████ Teaching Income |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judges Association Meeting | Reimb. for transportation and incidental expenses to attend meeting of FJA in Washington, DC May 5-6, 2005 (lodging paid directly by Assoc.) |
| 2. The American Law Institute | Reimb. for transportation to speak at Seminar held on March 3-4, 2005 on Maui, Hawaii. |
| 3. Idaho State Bar Association, Western States Bar Conference | Reimb. for transportation to speak at Bar Conference on Maui, Hawaii on March 18, 2005. |
| 4. American Board of Trial Advocates (ABOTA) | Reimb. for transportation to speak at Convention in Las Vegas, Nevada on April 1, 2005. Hotel expenses paid directly by Association. |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ezra, David A | 04/20/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. John Hancock Life Insurance Company | Loan From Own Insurance Policy | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ezra, David A | 04/20/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings Accounts. American Savings | A | Interest | J | T | | | | | |
| 2. Savings Account, Federal Employee Credit Union, HI | A | Interest | K | T | | | | | |
| 3. IRA, Territorial Savings, Act. 1 | A | Interest | K | T | | | | | |
| 4. IRA,Territorial Savings | D | Interest | N | T | | | | | |
| 5. Teachers Annunity Ret. Account Fund | A | Dividend | K | T | | | | | |
| 6. State of Hawaii Retirement Program (see expl.) | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) 2. Value Codes | A =$1,000 or less F =$50,001 - $100,000 J =$15,000 or less | B =$1,001 - $2,500 G =$100,001 - $1,000,000 K =$15,001 - $50,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 M =$100,001 - $250,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

# FINANCIAL DISCLOSURE REPORT
Page 5 of 6

Name of Person Reporting

Ezra, David A

Date of Report

04/20/2006

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I (1) Member of Board of Trustees, St. Louis School, Honolulu, HI. Advise on academic matter, no fundrasing, no compensation paid.　　(2) Adjunct Prof. Univ. of Hawaii Law School. Teach 3 cr. course in Federal Courts. Paid same compensation as other adjuncts. Approval obtained from Chief Circuit Judge prior to teaching.

Part VII (7) State of Hawaii retirement program for non full time teachers. State keeps small portion of my earnings and deposits it into an account for my benefit. This is my eighth year in the program.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur̲e _____ D̲ate _April 20, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



**MARY M. SCHROEDER**
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

U.S. COURTHOUSE, SUITE 610
401 W. WASHINGTON ST., SPC 54
PHOENIX, AZ 85003-2156
(602) 322-7320
FAX: (602) 322-7329

October 27, 2004

Honorable David A. Ezra
Chief United States District Judge
300 Ala Moana Boulevard, Room C-400
Honolulu, Hawaii 96850-0400

Dear Judge Ezra:

On the basis of your October 27 application and the considerations specified by the regulations of the Judicial Conference of the United States implementing the Ethics Reform Act of 1989, I approve your request to receive compensation for teaching a course on Federal Courts at the University of Hawaii School of Law from January to May 2005.

Sincerely,

Mary M. Schroeder
Chief Judge

c: Robin Donoghue